IN THE UNITED STATES COURT OF FEDERAL CLAIMS

<u>IN RE: JEFFREY SANDERS(Pro Se)</u>, ...... Plaintiff,
Jeffrey Sanders(In Pro Per)
20801 Coolidge Hwy.
Oak Park, Michigan 48237
<u>Phone No. (313) 614-3833</u>                /

**FILED**
**AUG - 3 2018**
**U.S. COURT OF FEDERAL CLAIMS**

CASE NO. 18 - 979

JUDGE CHARLES F. LETTOW

V

<u>UNITED STATES OF AMERICA</u>, ........... Defendant,
_____/

<u>RE</u>: "<u>U.S. COURT OF FEDERAL CLAIMS CASE NO. 1:18-cv-00979-CFL</u>, *FILED <u>07/06/2018</u>*"

DEAR CLERK OF COURT LISA T. REYES., et al.:

ABSTRACT "<u>*YOUR*</u>" above-referenced "**COMMUNICATION(dd 07/06/2018)**" abutment **Received <u>07/17/2018</u>** certain [Writer's] "07/03/2018' U.S. Court Of Federal Claims Cover, Complaint w/Appendixes 1, E, F, G(*Intrinsic* Appendixes Z, Z-1, Z-2, Z-5, Z-7, Z-9 and <u>X</u>); IFP Application; Certificate Of Service" certainty USPS Tracking No. 9505513460878186250962 certified Delivered to U.S. Court Of Federal Claims *Mail Room* July 09, 2018 at 06:57 am <u>certi(fying)tude</u> chronology <u>circumstan(ced)tially</u> citing / clarifying Clerical-Judicial <u>collateral</u> - <u>colle(agues)ctive</u> - <u>collusive</u> concern <u>corr(elatives)igible</u>, **PLEASE TAKE NOTICE** TO ***DULY*** ACCEDE / ACKNOWLEDGE RECEIPT OF THE ATTACHED 'ORIGINAL *And* TWO(2) COPIES' OF [Writer's] "<u>07/30/2018</u> U.S. Court Of Claims Case No. 18-979 'AMENDED COMPLAINT(Pg. 1-4) w/CERTIFICATE OF SERVICE' <u>ra(mification)tified</u>". Activated <u>act(ivity)ual</u> "<u>Read(s)y</u>" reasonable - recognizance - <u>records</u> referential, requisite <u>asce(ndant)rtainments</u> asserted - astute <u>disc(ernment)losure</u> *DUE* Case *PLEADINGS* <u>Docket(ed)ing</u> and <u>Fil(ed)ing</u> responsive! PLEASE CORRESPOND AND ADVISE ACCORDINGLY. *THANK YOU.*

Respectfully Submitted July 30, 2018. BY:/s/ _____ [signature]
                                                          MR. JEFFREY SANDERS
Subscribed and sworn to before                            20801 COOLIDGE HWY.
me on the 30th Day Of July, 2018.                         OAK PARK, MICH. 48237
(Notary) [signature]
My Commission Expires: 3/16/2020

VALERTE MORRIS
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires March 16, 2020
Acting in the County of Wayne

Received - USCFC
AUG - 3 2018

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

IN RE: JEFFREY SANDERS(Pro Se), …... Plaintiff,
Jeffrey Sanders(In Pro Per)
20801 Coolidge Hwy.
Oak Park, Michigan 48237           CASE NO. 18 - 979
Phone No. (313) 614-3833_____/
                                   JUDGE CHARLES F. LETTOW
V

UNITED STATES OF AMERICA, …......... Defendant,

## AMENDED COMPLAINT

*THIS*, RCFC 1 - 5(b)(2)(D),..., *AMENDED COMPLAINT* abstracts [Plaintiff's] July 3, 2018, "Complaint w/Appendixes 1, E, F, G, H('Inclusive' Appendixes Z, Z-1, Z-2, Z-5, Z-7, Z-9, X); IFP Application; Certificate Of Service" abut(ment)ting USPS Tracking No. 9505513460878186250962 accedes - accentuation accl(aims)imatizing accord - accou(nting)trements accruing accu(mulatives)rst - accustom acknowledging 'Clerical-Judicials' actions – activity - acute ad(juvant)ministrative - advocations astutely incorporative inc(riminatory)urs **indictment** [Plaintiff's] '**April 15, 2006, "Felonious Assault" Arrest**', indoctrination in(extricably)fallible '**Payton v New York, 445 U.S. 573, n.[1] 576(1980)(Emphasis)**' – **Georgia v Randolph, 547 U.S. 103, 109-123(2006)**, etc., inf(ormed)ractions, initiative "Inju(nctive)ry' *And* Damages" conc(omitant)urrent, evident; intrinsically irrefuted, itinerary *Judicial - Mandat(es)ory* pr(otocol)udential "Declaratory Judgement Award *And* Reward Of $3,500,000.00(Dollars), *PLUS,....*"! *SEE* **Sanders v Detroit Police Department., et al., 653 F.Supp.2d 715, 719-726(2009)** – USBC-E.D. **Mich. Case No. 13-53846 "Claims Register No. 161 Secured(Eff. 12/06/2013)"** veritable Warrants!

### I. Jurisdiction

**Jurisdiction** courtly U.S. Const. Article III - Amendment(s) 1, 4, 5 - 14 **covenant(s) 18 U.S.C. s2 – s241, …, s1961(1)(A), (D), s1962 - s1964(c),…, s1968, s3771(a)(1)-(6), (7)-(8), (10), (b)(1), (c)(1), (d)(1), (3)-(4), (e) - (f)(2)(C)**"; 28 U.S.C. s1 - s354(b)(2)(B), s451 - s535(a)-(b)(1), s541 - s547(1), (5), …, s1331, s1334, s1343(a)(3)-(4), s1491(a), s1494,..., s1651, s1915(a)(1), (c)-(d), s2101(b), s2105 - s2111, s2201(a), s2401, s2501, 2503 - s2507, s2510, s2511, s2515(a), s2516; **42 U.S.C. s1983**, *cumulus* USDC-

(Page 1 of 4)

E.D. Mich. Case No. 07-14206(Filed IFP10/03/2007) — USPS Tracking No. 9505513460878186250962 ramified - ratifying reads - recording 'Reliefs' remittance repository resolute - responsible - retrospects.

## II. Parties

Plaintiff, **JEFFREY SANDERS**, is a born U.S. Citizen **and civili(an)zed-litigant**, who, *In Proper Person*, currently resid(es)ing at **20801 COOLIDGE HWY.**, in **OAK PARK, MICHIGAN, 48237.**

Defendant, **UNITED STATES OF AMERICA**, is ramified - ratified reco(gnizing)rding *Judicial - Mandat(ed)ory*, **RELIEF** remittance resol(ution)ving respects responsi(ble)ve USDC-E.D. Mich. Case 07-14206 – USBC-E.D. Mich. Case No. 13-53846 'Claims Register No. 161 Secured(Eff. 12/06/2013)' restating restitutions resulting - retrospects. *Strictly - Sub(ject)stantive* USCFC Rules 1 – 83.1(a)-(c)(3) (B), pro(mulgated)tocols provident - provisions - prudential!

## III. Statement Of The Case Facts

1. *THIS CASE* "cast 18 U.S.C. s2 - s241,..., s371, s1961(1)(A), (D), s1962 - s1964(c), s3771(a)(1)-(6), (7)-(8), (10), (b)(1), (c)(1), (d)(1),....," castigation 28 U.S.C. s1915(e) – s1915A???, cataly(st)zed - cathartic [Plaintiff's] '**April 15, 2006, "Felonious Assault" Arrest**', casualty "Payton v New York, 445 U.S. 573, n.[1] 576(1980)(Emphasis)" – 'Georgia v Randolph, 547 U.S. 103, 109-123(2006)' causation "*Injury And Damages*", caus(atives)ing - cert(ainty)ifying certitude chronologies circumstantia(ls)tion initiative **Inju(nction)ry *And* Damages**, integr(al)ity Sanders v Detroit Police Dept., et al., 653 F.Supp. 2d. 715, 719-726(Mich. 2009) – In re: City Of Detroit, USBC-E.D. Mich. Case No. 13-53846 "Claims Register No. 161" "Secured(*Eff.* 12/06/2013)". *Strict-Sub(ject)stantive* [Plaintiff's] eager - embodying - "*EMERGENCY*" eminent, emp(hatic)irical encompassment - ensuring - entrust essential establishment ev(ident)oking ex(act)ecutive USBC-E.D. Mich. Case No. 13-53846 explicit "Claims Register No. 161 Secured(Eff. 12/06/2013)", **extremity 18 U.S.C. s2 - s1964(c), s3771(a)(1)-(6),...**, inc(essant)umbency.

2. *THIS CASE*, "colla(borations)teral colleagues(**i.e., E.D. Mich. Clerk David J. Weaver – Judge Denise Page Hood *And* Detroit City Corp. Counsel Jane Kent Mills(P-38251), et al.**) collusi(ons)ve '18 U.S.C. s2 - s241,..., s371,..., s1961(1)(A), (D) - s1964(c), s3771(a)(1)-(6)',... conce(ntric)pts", **con-**
(Page 2 of 4)

cerns **'Clerk Of Court Lisa T. Reyes, et al.,'** conce(rted)ssion conclusive conduc(ive)ts, confederation confi(dential)scation conflicted - confluent [Plaintiff's] "**07/03/2018 Complaint w/Appendix(es) 1, E, F, G, H(*'Intrinsically'* Appendixes Z, Z-1, Z-2, Z-5, Z-7, Z-9, X) and Certificate Of Service**" conjointly connective USPS Tracking No. 9505513460878186250962 conn(iving)oting "Delivered" to U.S. Court Of Federal Claims *Mail Room* July 9, 2018 at 6:57 am!! **Conspiring** constitu(ents)tional consummation contempts - continuums contracting - contractual contretemps **corr(elatives)igible** [Defendants'] crafty "**Criminals' - criti(cal)ques**", cumulative 11/27/2007(Doc. #3) – 03/09/2009(Doc. #48) *To* 11/22/2017 6th Cir. COA Case No. 17-1116/1202 mal(efactors)feasant, malpractice, manifest 'Mediation Reference Orders' cosignatory dis(cern)tinguishing [Plaintiff's] eager embodying - ***EMERGENCY*** encompassing-ent(ails)ente [Plaintiff's] 'Declaratory Judgement Award *and* Re(coup)ward of $23,880,000.00(Dollars)' entitlements - entr(eaty)ust "***ENTRY***" enunciation! Essential "Payton v New York, 445 U.S. 573, n.[1] 576(1980)(Emphasis)" – Georgia v Randolph, 547 U.S. 103, 109-123(2006) established ev(ident)oking ex(ecutive)emplary 'Payton v New York, 445 U.S. 573, n.[1] 576(1980)(Emphasis)' – Parsons v City of Pontiac, 533 F.3d 492, n.[1]-[15] 500 - 504(6-2008)(cert. den. ??/??/2009) *to* Mullenix v Luna, Opinion Page 4 - 5, @ 577 U.S.__, __(Per Curiam)(Dd 11/09/2015) – Manuel v Joliet, Opinion Pages 1 - 12, @ 580 U.S.__, __(Dd 03/21/2017) etc. Exemplifying incontrovertibles inescapable integrity - intrinsically irrefuted, irrevocable '18 U.S.C. s2 - s241, s286, s371, s1001(a), s1961(1)(A), (D), s1962 - s1964(c),..., s3771(a)(1)-(6), (7)-(8), (10), (b)(1), (c)(1), (d)(1), (3)-(4), (e) - (f)(2)(C), ..., issues itinera(nt)ry, overtly owing ramification - ratifying read(s)y recognizant - records, referential Relief(s) resolute - retrospects! Ultimatum une(quivocal)rring [Plaintiff's] usual "**Declaratory Judgement Award *And* Re(coup)ward Of $23,880,000.00(Dollars)**'! **Here(in)tofore,** *UNCONSTITUTIONALLY*; unlawfully, *USURPED*!!

### IV. Federal Claims Found

"**18 U.S.C. s2, s241, s371,..., s1961(1)(A), (D) – s1964(c), s3771(a)(1)-(6),..., JUDICIAL *ERRORS*"**

Plaintiff *JEFFREY SANDERS*' position is well grounded in law. **Absolutist** USDC-E.D. Mich. Case

No. 07-14206 '10/03/2007 Civil Complaint Claims No. 1-12 w/Exhibits 1-5(Filed IFP 10/03/2007)' abs(olved)tracts abutting "07/03/2018 Complaint w/Appendixes, IFP Application, Certificate Of Service" acceding - acc(entuation)orded *USPS Tracking No. 9505513460878186250962* accou(nting)trements - accurst - accustom ad(amant)juvant administrative - admitted - advocate 'asce(ndant)rtainment' - astute concern conniv(er)ing consignment, [Defendants'] conspiring to impede / injure [Plaintiff's] enjoyment and/or exercise of [*His*] U.S. Const. Article III - Amendment 1, 4, 5 - 14 '*Due Process and Equal Legal Protections*' Protocols, provi(dential)sion prudential **'Declaratory Judgement Award *And* Reward of $23,880,000.00(Dollars)**' entitling - entreaty - entrust '*Entry*'. Essential "Payton v New York, 445 U.S. 573, n.[1] 576(1980)(Emphasis) - Manuel v Joliet, etc., *supra*." ev(ident)oking ex(act)ecutive itinerary.

### V. Reliefs

WHEREFORE, Plaintiff JEFFREY SANDERS Petitions For A Writ Of Mandamus, mandat(es)ory:

**(1)** **ORDERING** City Of Detroit, Mich., Police Department, et al., payment of **$7,960,000.00(Dollars)** to [Plaintiff] Jeffrey Sanders, **over(due)t** protocol prudential USBC-E.D. Mich. Case No. 13-53846 "Claims Register No. 161" - "Secured(Eff.12/06/2013)" validation-verifying veritable **Warrants!**;

**(2)** **ORDERING** Prosecutions of USDC-E.D. Mich. Adm.-Clerk David J. Weaver – Judge Denise Page Hood; City Of Detroit Corp. Counsel Jane Kent Mills(P-38251), et al., **prudential** 18 U.S.C. s241 - s1964(c), s3771(a)(1)-(6),...., **Strictly-Sub(ject)stantive** 28 U.S.C. s47 - s547(1), s1651, s2401,...;

**(3)** **ORDERING** 18 U.S.C. s2 - s1964(c) relat(ed)ive remittances of $15,920,000.00(Dollars) to [Plaintiff] Jeffrey Sanders, **over(due)t** protocols provident - prudential "**(1) above**" veritable **Warrants!**

**(4)** **ORDERING** Further / Mandatory / Other '*Emergency*' **Relief** overtly owing to [Plaintiff], *Herein*.

**IT IS SO REQUESTED – REQUISITE 28 U.S.C. s2401(b) w/ RCFC 1 – 83.1(c)!**

Respectfully - Submitted Retrospects By:/s/ _____ 07/30/2018
                                                             MR. JEFFREY SANDERS

Subscribed and sworn to before
me on the 30th Day Of July, 2018.            20801 COOLIDGE HWY.
(Notary) _____         OAK PARK, MICH. 48237
My Commission Expires: 3/16/2020

VALERTE MORRIS
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires March 16, 2020
Acting in the County of Wayne

(Page 4 of 4)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

IN RE: JEFFREY SANDERS(Pro Se), ……. Plaintiff,
Jeffrey Sanders(In Pro Per)
20801 Coolidge Hwy.
Oak Park, Michigan 48237
Phone No. (313) 614-3833          /

CASE NO. 18 - 979

JUDGE CHARLES F. LETTOW

V

UNITED STATES OF AMERICA, ………… Defendant, /

## CERTIFICATE OF SERVICE

I, __**JEFFREY SANDERS**__, hereby certify that on_JULY 30, 2018,_ a copy of this **Certificate Of Service** attachment - attentuate [Plaintiff's] AMENDED COMPLAINT dd 07/30/2018, was mailed via United States Postal Service to:

(A) Clerk Lisa T. Reyes et al., at United States Court Of Federal Claims, 717 Madison Place, N.W.,

   Washington, D.C. 20437; **and,**

(B) USAG Jefferson B. Sessions et al., at United States Dept. Of Justice, 950 Pennsylvania Avenue,

   Washington, D.C. 20530-0001.

Respectfully Submitted **July 30, 2018. BY:/s/** _____
                                                    MR. JEFFREY SANDERS
Subscribed and sworn to before                      20801 COOLIDGE HWY.
me on the 30 Day Of July, 2018.                     OAK PARK, MICH. 48237
(Notary) _____
My Commission Expires: 3/16/20 20

VALERTE MORRIS
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires March 16, 2020
Acting in the County of Wayne