*Filed by leave of the Judge*

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

IN RE: JEFFREY SANDERS(Pro Se), …... Plaintiff,
MR. JEFFREY SANDERS(Pro Per)
20801 COOLIDGE HWY.
OAK PARK, MICHIGAN  48237/

CASE NO. 18-979

JUDGE CHARLES F. LETTOW

V

UNITED STATES OF AMERICA, …......... Defendant
ATTORNEY JANA MOSES, et al.
P.O. BOX 480
WASHINGTON, D.C.  20044___/

**RE: 10/09/2018 Certificate Of Service 'Corrigible' 09/10/2018 Motion For Summary Judgement!**

DEAR CLERK OF COURT LISA T. REYES, et al.:

PER U.S. RCFC RULES 1 - 7.2(c)(2), AN ORIGINAL *PLUS* TWO (2) COPIES OF [PLAINTIFF'S] '09/10/2018 MOTION FOR SUMMARY JUDGEMENT' ATT(ACHMENT)ENTIVE '*HOBBY LOBBY STORES INC. v SEBELIUS*, 568 U.S. 1401,1403(2012)(*cit. omitted*)' *etc.*, ATTRIBUTIVE '10/09/2018 CERTIFICATE OF SERVICE', EMBODYING - "**EMERGENCY**" EMPHATIC, ENCOMPASSING - ENDURING - ENTITY - ENTREATY - "**ENTR(UST)Y**" ENUNCIATION, ES(SENTIAL)TABLISH-MENT EXEMPLARY *FILING-FOUND!* IN(CESSANT)TRINSICALLY INVULNERABLE ISSUES ITINERARY "**JUDIC(ATORY)IOUS**" JUSTIFICATION LEGAL '**MANDAMUS**' – MANDATORY, MANIFEST "**MATERIAL – MATRIXES**", *NEXUS 28 U.S.C. s1491(a) w/ 28 U.S.C. s2401(a)-(b),...*, NOT(ED)ICE - NOTIFYING - NOTING 'U.S. RCFC 1 - 7.2(c)(2), 7.2(d) - 58(d), (e)' OVER(DUE)T, PLATFORMED PLAUSIBLY. *PLEASE TAKE NOTICES* OWING PRACTICAL - PRACTIONERS - PRUDENTIAL REA(DY)LIZED REQUISITION, RESOL(UTION)VING RESPECTS RESPONSIVE [PLAINTIFF'S] RESTITUTION RETROSPECT '07/03/2018 COMPLAINT w/ APPENDIXES Z, Z-1, Z-2, Z-5, Z-7, Z-9(Doc. #1 - #9,...)' /s/ *[signature]* 10/9/2018
*09/10/2018 RCFC 1 – 56 Motion*
Subscribed and sworn to before me
on this 09th day of October, 2018.
(Notary) /s/

MR. JEFFREY SANDERS
20801 COOLIDGE HWY.
OAK PARK, MICH. 48237

My Commission Expires: 3/16/2020

VALERIE MORRIS
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires March 16, 2020
Acting in the County of Wayne

RECEIVED - USCFC
OCT 30 2018

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

IN RE: JEFFREY SANDERS(IFP - Pro Se), ..... Plaintiff.
MR. JEFFREY SANDERS
20801 COOLIDGE HWY.
OAK PARK, MICHIGAN  48237___/         **CASE NO. 18 - 979**

V                                                          **JUDGE CHARLES F. LETTOW**

UNITED STATES OF AMERICA, ................. Defendant.
ATTORNEY JANA MOSES, et al.,
P.O. BOX 480
WASHINGTON, D.C.  20044_____/

## MOTION FOR SUMMARY JUDGEMENT

Plaintiff JEFFREY SANDERS, absolutist 28 U.S.C. s2401(a)-(b); ..., abstract 'RCFC 1 - 56(a)-(b), (f)(3), (g), 57 - 58(d), (e)',..., acce(dingly)ssible acclaims - acclimatizing accord - accounting - accruing [Plaintiff's] "07/03/2018' Cover; Complaint w/ Appendixes 1, E, F, G, H, Z, Z-1, Z-2, Z-5, Z-7, Z-9, X; Application To Proceed *IFP*; Certificate Of Service(*USPS Tracking No. 9505513460878186250962*)" - "07/30/2018' Amended Complaint w/Certificate Of Service(*USPS Tracking No. 9505510862278213107420*)" accu(mulative)stom acknowledging [Defendant's] activ(ated)ity - acute ad(amant)ministration - advocation "**Answer(*Due 09/04/2018*)**"?? asce(ndant)rtains asserted - assuring '**Writ Of Mandamus**', astute attributive au(thorizing)tomatizing - autonomous averments eager "**Emergency**" encompassing - 'en(dowments)trusts'"**Entry**" enunciation essential establishment-estimator, ev(ident)oking, irresolved, intrinsically-itinerary, MOVES FOR SUMMARY JUDGEMENT judic(atory)ious [Defendant's] choice coll(ateral)usive conceptual concern conniving cont(empts)inuum '**No Contest**'?? Contr(action)etemps' corrigible "Payton v New York, 445 U.S. 573, n. [1] 576(1980)(Emphasis)" - 'Manuel v Joliet, Opinion Page 1 - 12, 580 U.S.__, __ (dd 03/21/2017)' etc., cumulus "Declaratory Judgement Award ex(act)press $23,880,000.00(Dollars) Award" owing [Plaintiff] prudentials **28 U.S.C. §1491(a)** veritable **Warrants**!

Wherefore, [Plaintiff] Pray this Motion Be Granted 'Emergency' Entry, Enunciation **and** Execution.

Subscribed and sworn to before
me on this September 10th, 2018.                /s/ [signature]
(Notary) [signature]
My Commission Expires: 12-10-2021              MR. JEFFREY SANDERS
                                                20801 COOLIDGE HWY.
SONJA R JOHNSON                                 OAK PARK, MICH. 48237
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND                               RECEIVED - USCFC
                                                OCT 3 0 2018

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

IN RE: JEFFREY SANDERS(Pro Se), …... Plaintiff,
MR. JEFFREY SANDERS(Pro Per)
20801 COOLIDGE HWY.
OAK PARK, MICHIGAN 48237/

CASE NO. 18-979

JUDGE CHARLES F. LETTOW

V

UNITED STATES OF AMERICA, …......... Defendant
ATTORNEY JANA MOSES, et al.
P.O. BOX 480
WASHINGTON, D.C. 20044    /

### CERTIFICATE OF SERVICE

I, <u>JEFFREY SANDERS</u>, Hereby Certify that on <u>OCTOBER 9, 2018</u>, a **copy** of this <u>CERTIFICATE OF SERVICE</u> attributive [Plaintiff's] au(spicious)tomatizing averments axiom "09/10/2018 Motion For Summary Judgement(Doc. #9)" ***Filed-Found***, ramification - ratifying <u>read(s)ily</u> recognizant - records - reco(up)very repository requisition resolving - responsive - restitutions resultant <u>retro(active)spect</u>, **was Mailed**, via First Class Postage-Paid, United States Postal Service, Sealed, duly / properly addressed to:

(A) Clerk Lisa T. Reyes et al., **at** United States Court Of Federal Claims, 717 Madison Place, N. W., in Washington, D.C. 20437; ***AND***,

(B) Attorney Jana Moses, **at** United States Department Of Justice, P.O. Box 480, Ben Franklin Station, in Washington, D.C. 20044.

Judicial *lawful* <u>Mandat(ed)ory</u>, material - matrix, *Strictly-Sub(ject)stantive* U.S. RCFC 1 - 56(b), (c)(3), (e)(2)-(3), (f)(2)-(3), 57 - 58(b)(2), (c)(2)(A), (d)-(e), validity 28 U.S.C. s1491(a)(1) veritable 28 U.S.C. s2401(a)-(b) **Warrant** witnessing '07/03/2018 <u>Complaint</u> con(cerns)tractual Appendix 1, E, F, G, H, Z, Z-1, Z-2, Z-5, Z-7, Z-9, X(corrupt)'! /s/                    10/9/2018
*09/10/2018 RCFC 1 – 56 Motion*                              MR. JEFFREY SANDERS
Subscribed and sworn to before me                              20801 COOLIDGE HWY.
on this 09th day of October, 2018.                              OAK PARK, MICH. 48237
(Notary)
My Commission Expires: 3/16/2020

VALERIE MORRIS
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires March 16, 2020

RECEIVED USCFC
OCT 30 2018